## MARTHA OPPERMAN V. THE STATE.

No. 19609.   Delivered April 6, 1938.
Appeal reinstated May 18, 1938.

The opinion states the case.

*J. M. Davenport,* of San Angelo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Conviction is for violation of the liquor law; punishment, a fine of $100.

The record fails to show that notice of appeal was given and entered upon the minutes of the trial court. In the absence of such a showing, this Court is without jurisdiction to hear and determine matters sought to be presented for review. See Long v. State, 3 Texas Crim. Rep. 321; Lenox v. State, 55 Texas Crim. Rep. 259; Roberts v. State, 99 Texas Crim. Rep. 492; Article 827, C. C. P.

The attempted appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ON MOTION TO REINSTATE APPEAL.

MORROW, PRESIDING JUDGE.—The transcript having been perfected by the filing of a certified copy of the notice of appeal, the appeal will be reinstated and considered on its merits.

The record is before this Court without statement of facts or bills of exception.

Appellant made some objections to the charge of the court, but presented no special charges relative thereto as is required in misdemeanor cases. In the absence of the facts adduced upon the trial, this Court is unable to appraise the complaints made of the charge.

The appeal is reinstated and the judgment is affirmed.